| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | SUSAN J. HARRIMAN - #111703 |
| 2 | STACEY L. WEXLER - #184466 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |

Attorneys for Cross-Defendant
Jeannette M. Coburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual, | Case No. C-04-03506 SI |
| Plaintiff, | **[PROPOSED] SEALING ORDER** |
| v. | Judge: Hon. Susan Illston |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | Trial Date: November 7, 2005 |
| Defendant. | |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation; MARITECH CORPORATION, a Nevada corporation, | |
| Counterclaimant and Cross-Claimants, | |
| v. | |
| JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, | |
| Counterdefendant and Cross Defendants. | |

Pursuant to Northern District Civil Local Rule 79-5(c), on June 17, 2005, Cross-Defendant Jeannette Coburn filed a Motion for Administrative Relief Seeking An Order Sealing Documents and the Declaration of Stacey L. Wexler in Support of Coburn's Motion for Administrative Relief Seeking An Order Sealing Documents.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that portions of Coburn's Opposition to PMA's Motion for Preliminary Injunction shall be filed under seal pursuant to Civil Local Rule 79-5(c) because those portions disclose Coburn's private financial information. Those portions pertaining to Coburn's private financial information are to be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

Dated: _____



IT IS SO ORDERED

Judge Susan Illston