

1  WILLIAM H. ORRICK, III (State Bar # 113252)
   VIRGINIA A. CRISP (State Bar # 121387)
2  KATHERINE C. ZARATE (State Bar # 214922)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
3  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
4  Telephone: (415) 391-4800
   Facsimile:  (415) 989-1663
5
   Attorneys for Plaintiffs and Cross Defendant
6  JOSEPH N. MINIACE

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISOC

11

12 | JOSEPH N. MINIACE, an individual, | Case No. C-04-03506 SI
13 | Plaintiff, | **STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE, DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT, AND DATES TO CLOSE NONEXPERT DISCOVERY, FOR EXPERT DESIGNATIONS, AND TO CLOSE EXPERT DISCOVERY**
14 | vs. |
15 | PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, |
16 | |
17 | Defendant. | Judge:      Honorable Susan Illston
   |  | Trial Date: November 7, 2005
18 | |
19 | PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | Date Comp. Filed:   August 27, 2004
20 | |
21 | Counterclaimant and Cross-Claimant, |
22 | vs. |
23 | JOSEPH N. MINIACE, an individual; JEANETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, |
24 | |
25 | |
26 | |
27 | Counterdefendant and Cross-Defendants. |
28

11729.001.0206.b

1

Case No. C-04-03506 SI
**STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE, DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT, AND DATES TO CLOSE NONEXPERT DISCOVERY, FOR EXPERT DESIGNATIONS, AND TO CLOSE EXPERT DISCOVERY**

All parties stipulate to continue the trial in the above-referenced matter from November 7, 2005 until spring or early summer 2006; to change the date for filing motions for summary judgment from July 29, 2005 to September 23, 2005; to change the cutoff date for nonexpert discovery from August 31, 2005 to September 16, 2005; to change the cutoff date for expert disclosures from September 20, 2005 to October 18, 2005; and, to change the cutoff for expert discovery from October 3, 2005 to November 18, 2005. These changes would also necessitate moving the pretrial conference, which is currently set for October 25, 2005 to a date closer to the trial date.

The reasons for this request are as follows:

1.  Plaintiff Joseph Miniace, who initially sought an early trial date in the fall of 2004 because he was unemployed and had no source of income, was hired in May, 2005 by the Federal Aviation Agency as Assistant Administrator for Strategic Labor Relations. In this job, he is in charge of all of the labor negotiations for the FAA. On Saturday, July 16, 2005, counsel for Mr. Miniace, William H. Orrick, III, learned that Mr. Miniace is commencing negotiations with the air traffic controllers in Chicago as of July 20, 2005, and that he has already started negotiations with the aerospace engineers. These groups represent 77% of the FAA's 46,000-person work force. In addition to directing the negotiations, Mr. Miniace is in the negotiations themselves. His expectation is that these negotiations will last through at least January of 2006. He will not be able to leave the negotiations to attend a trial in November, 2005. Given the uncertainties related to the length of the negotiations, Mr. Miniace has advised that the earliest, safest time to set trial would be in April, 2006.

2.  When Mr. Miniace initially requested that the Court set the trial on November 7, 2005, he had no expectation that he would secure any work, let alone a job which would demand his total attention and physical presence between July, 2005 and at least January, 2006, and which would conflict with the trial in this case.

3.  Because of Mr. Miniace's unexpected unavailability, the parties have stipulated to a continuance of the trial date to some mutually agreeable time in the spring or early summer 2006. At this time, however, the parties are not requesting a specific trial date because lead

11729.001.0206.b

2

Case No. C-04-03506 SI
STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE, DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT, AND DATES TO CLOSE NONEXPERT DISCOVERY, FOR EXPERT DESIGNATIONS, AND TO CLOSE EXPERT DISCOVERY

1  counsel for PMA and Maritech Corporation, Michael Baker, is out of the country and cannot yet
2  confirm the specific dates in which he will be lead counsel for certain refuse collection and
3  disposal rate setting hearings before the City of San Francisco Department of Public Works and
4  Rate Board, which are expected to occur in the spring of 2006. The parties therefore request that
5  they be permitted to request a trial date once Mr. Baker has returned to the country the week of
6  August 8, 2005 and can confirm the expected dates of those hearings.

7      4.    Because of the requested continuance, all parties believe it would be beneficial to
8  delay the date for filing motions for summary judgment from July 29, 2005 until September 23,
9  2005. The reason for the current deadline to file summary judgment motions was to
10 accommodate the November trial schedule; if that is moved, there is no reason to rush the
11 motions before nonexpert discovery is competed. The extension of the deadline for filing
12 motions for summary judgment will also enable PMA and Michael Corrigan to address the
13 forthcoming written order on Corrigan's Motion To Dismiss, which was recently heard by the
14 Court.

15     5.    The parties have also agreed to extend nonexpert discovery through September 16,
16 2005. This extension was appropriate because an arbitration in which Mr. Baker was involved
17 earlier in the summer was rescheduled to August as a result of the death of Mr. Baker's mother.

18     6.    The parties have also agreed to extend the cutoff for expert disclosures from
19 September 20, 2005 to October 18, 2005, and to change the cutoff for expert discovery from
20 October 3, 2005 to November 18, 2005. These extensions are appropriate so that expert
21 witnesses will have the opportunity to review the fact discovery in this matter, which will not be
22 completed until September 16, 2005.

23     7.    The pretrial conference is currently set for October 25, 2005. The parties suggest
24 that it be reset approximately two weeks before the new trial date.

25 ///
26 ///
27 ///
28 ///

8. Previously, the only time modifications requested in this case were to continue the second case management conference.

SO STIPULATED:

Dated: July 22, 2005

Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/ William H. Orrick, III
WILLIAM H. ORRICK, III
Attorneys for Plaintiff and Cross-Defendant Joseph N. Miniace

Dated: July 22, 2005

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN, LLP

By: /s/ Patricia Medina
PATRICIA MEDINA
Attorneys for Attorney for Defendant, Counterclaimant and Cross-Claimant Pacific Maritime Association and Maritech Corporation

Dated: July 22, 2005

KEKER & VAN NEST, LLP

By: /s) Susan Harriman
SUSAN HARRIMAN
Attorney for Cross-defendant Jeannette M. Coburn

Dated: July 22, 2005

FORTUNE, DREVLOW, O'SULLIVAN, CIOTOLI & HUDSON

By: /s/ Peter Fortune
PETER FORTUNE
Attorneys for Counterdefendant and Cross-Defendant Michael E. Corrigan and Michael E. Corrigan and Corrigan & Company

Dated: July 22, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: /s/ Ted C. Linquist
TED C. LINDQUIST
Attorneys for Counterdefendant and Cross-Defendant Benmark, Inc.

PURSUANT TO THE STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: July 28, 2005

> Jury Trial is set for 5/22/06 at 8:30 a.m.
> Pretrial Conference is set for 5/9/06 at 3:30

s: Susan Illston

UNITED STATES DISTRICT JUDGE

11729.001.0206.b

5

Case No. C-04-03506 SI

STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE, DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT, AND DATES TO CLOSE NONEXPERT DISCOVERY, FOR EXPERT DESIGNATIONS, AND TO CLOSE EXPERT DISCOVERY

## ATTESTATION

I attest that I have obtained concurrence in the filing of the attached document from each of the other signatories.

Dated: July 22, 2005

COBLENTZ, PATCH, DUFFY & BASS, LLP

_____
WILLIAM H. ORRICK, III

6

Case No. C-04-03506 SI
STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE, DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT, AND DATES TO CLOSE NONEXPERT DISCOVERY, FOR EXPERT DESIGNATIONS, AND TO CLOSE EXPERT DISCOVERY