**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MINIACE,

    Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION,

    Defendant.
                      /

No. C 04-03506 SI

**ORDER RE: DEPOSITION OF JOSEPH MINIACE**

    By letter briefs,[1] defendant Pacific Maritime Association brings a request for an order granting leave to take a second day of deposition for Joseph Miniace. The Court finds that PMA is entitled to depose Miniace for 4 hours, given his importance in the case and the limited number of depositions it has taken. The Court recognizes that Miniace is currently involved in the negotiations with air traffic controllers in Chicago. Therefore, the parties should agree on a date and location for the deposition convenient to Miniace.

    **IT IS SO ORDERED.**

Dated:

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Judge

---

[1] PMA filed its letter brief on July 18, 2005. Miniace responded on July 19, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINIACE, | No. C 04-03506 SI |
| Plaintiff, | **ORDER RE: DEPOSITION OF JOSEPH MINIACE** |
| v. | |
| PACIFIC MARITIME ASSOCIATION, | |
| Defendant. | |

By letter briefs,[1] defendant Pacific Maritime Association brings a request for an order granting leave to take a second day of deposition for Joseph Miniace. The Court finds that PMA is entitled to depose Miniace for 4 hours, given his importance in the case and the limited number of depositions it has taken. The Court recognizes that Miniace is currently involved in the negotiations with air traffic controllers in Chicago. Therefore, the parties should agree on a date and location for the deposition convenient to Miniace.

**IT IS SO ORDERED.**

Dated:

SUSAN ILLSTON
United States District Judge

---

[1] PMA filed its letter brief on July 18, 2005. Miniace responded on July 19, 2005.