

**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
www.howardrice.com

Writer's Information:

September 14, 2005

Michael J. Baker
mbaker@howardrice.com

**IT IS SO ORDERED**
*[signature]*
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BY HAND DELIVERY**

Magistrate Judge James Larson
United States District Court
Northern District of California
Federal Building, 15th Floor
450 Golden Gage Avenue
San Francisco, CA 94102

    Re:    Joseph Miniace, v. Pacific Maritime Association
              Case No. C 04-03506 SI

Dear Judge Larson:

    This letter will confirm that all parties agree to moving the settlement conference in the above-referenced matter from November 3, 2005 to December 9, 2005 at 2:00 p.m.

                                        Respectfully submitted,

                                        Michael J. Baker

MJB/dml
cc:    All Counsel

W03 155740001/1241076/v1