MICHAEL J. BAKER (No. 56492)
LINDA Q. FOY (No. 148764)
PATRICIA J. MEDINA (No. 201021)
GLENN M. LEVY (No. 219029)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Defendant. | No. C 04-03506 SI<br><br>Action Filed: July 21, 2004<br><br>STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT; [Proposed] ORDER<br><br>Judge:       Honorable Susan Illston<br><br>Trial Date:  May 22, 2006, 8:30 a.m. |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation<br><br>Counterclaimant and Cross-Claimants,<br><br>v.<br><br>JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST,<br><br>Counterdefendant and Cross-Defendants. | |

STIP TO CONTINUE HEARING DATE ON MSJ    C 04-03506 SI

1  Whereas Pacific Maritime Association ("PMA") filed a Partial Motion for Summary
2  Judgment against Joseph Miniace, and
3  Whereas Joseph Miniace has filed a Motion for Summary Judgment against PMA and
4  Maritech Corporation ("Maritech"), and
5  Whereas Jeannette Coburn has filed a Motion for Summary Judgment against PMA and
6  Maritech, and
7  Whereas the current deadline for oppositions is October 14, 2005 and the parties have not yet
8  filed any opposition to the motions, and
9  Whereas these motions are all currently set for hearing on November 4, 2005, and
10 Whereas PMA, Maritech, Miniace, and Coburn have agreed to a briefing schedule and new
11 hearing date as follows, subject to the Court's approval:
12 Opposition memoranda to be filed no later than November 4, 2005;
13 Reply memoranda to be filed no later than November 18, 2005; and
14 Hearing to be held on December 2, 2005.
15 ///
16
17 ///
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIP TO CONTINUE HEARING DATE ON MSJ        C 04-03506 SI
-1-

Now therefore, it is hereby AGREED and STIPULATED that the hearing on the parties' motions for summary judgment currently scheduled on November 4, 2005 shall be changed to December 2, 2005, all oppositions to the motions shall be filed no later than November 4, 2005, and all reply memoranda shall be filed no later than November 18, 2005.

Dated: October 4, 2005

PATRICIA J. MEDINA
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
A Professional Corporation

By: /s/ Patricia J. Medina
      PATRICIA J. MEDINA
Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION

Dated: October ___, 2005

KEKER & VAN NEST, LLP

By:_____
      SUSAN HARRIMAN
Attorney for Counterdefendant and Cross-Defendant JEANETTE M. COBURN

Dated: October ___, 2005

COBLENTZ, PATCH, DUFFY & BASS, LLP

By:_____
      WILLIAM H. ORRICK, III
Attorneys for Plaintiff and Cross-Defendant JOSEPH N. MINIACE

IT IS SO ORDERED.

Dated: October ___, 2005

GRANTED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

STIP TO CONTINUE HEARING DATE ON MOTS FOR SUMM JUDGMENT        C 04-03506 SI
-2-

Now therefore, it is hereby AGREED and STIPULATED that the hearing on the parties' motions for summary judgment currently scheduled on November 4, 2005 shall be changed to December 2, 2005, all oppositions to the motions shall be filed no later than November 4, 2005, and all reply memoranda shall be filed no later than November 18, 2005.

Dated: October ___, 2005

PATRICIA J. MEDINA
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:_____
    PATRICIA J. MEDINA
Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION

Dated: October 3, 2005

KEKER & VAN NEST, LLP

By:_____
    SUSAN HARRIMAN
Attorney for ~~Counterdefendant and~~ Cross-Defendant JEANETTE M. COBURN

Dated: October ___, 2005

COBLENTZ, PATCH, DUFFY & BASS, LLP

By:_____
    WILLIAM H. ORRICK, III
Attorneys for Plaintiff and Cross-Defendant JOSEPH N. MINIACE

IT IS SO ORDERED.

Dated: October ___, 2005

_____
UNITED STATES DISTRICT JUDGE

STIP TO CONTINUE HEARING DATE ON MOTS FOR SUMM JUDGMENT    C 04-03506 SI
-2-

Now therefore, it is hereby AGREED and STIPULATED that the hearing on the parties' motions for summary judgment currently scheduled on November 4, 2005 shall be changed to December 2, 2005, all oppositions to the motions shall be filed no later than November 4, 2005, and all reply memoranda shall be filed no later than November 18, 2005.

Dated: October ___, 2005

PATRICIA J. MEDINA
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By:_____
PATRICIA J. MEDINA
Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION

Dated: October ___, 2005

KEKER & VAN NEST, LLP

By:_____
SUSAN HARRIMAN
Attorney for Counterdefendant and Cross-Defendant JEANETTE M. COBURN

Dated: October 3, 2005

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/ W. H. Orrick
WILLIAM H. ORRICK, III
Attorneys for Plaintiff and Cross-Defendant JOSEPH N. MINIACE

IT IS SO ORDERED.

Dated: October ___, 2005

_____
UNITED STATES DISTRICT JUDGE

STIP TO CONTINUE HEARING DATE ON MOTS FOR SUMM JUDGMENT    C 04-03506 SI
-2-