# Fortune, Drevlow, O'Sullivan & Hudson

Attorneys At Law
Not a Partnership
Employees of a member company of Zurich Financial Services Group
560 Mission Street, 21st Floor
San Francisco, California 94105
Telephone:  (415) 227-2300
Facsimile:  (415) 227-2360

Diane Batcheller
William S. Caspari
Robert R. Drevlow
William F. Fitzgerald
Peter Fortune
Paul A. Herp
Mark W. Hudson
Norman La Force
William E. Jemmott
Richard W. Kirby
Arlene V. H. Lee
Alice W. O'Sullivan*
Scott J. Olsen
Patricia Perry
Cynthia Shambaugh
John Wasinda
Diane G. Worley

Fresno Office:
Scott J. Olsen
5260 North Palm Street, #300
Fresno, CA  93704
Telephone:  (559) 440-4116
Facsimile:  (559) 440-4118

Sharon Capps, Hearing Representative
3249 Quality Drive
Rancho Cordova, CA  95670
Telephone:  (916) 636-0807
Facsimile:  (916) 636-5297

Mark Doehle, Hearing Representative
San Francisco Office

October 7, 2005

Magistrate Judge James Larson
United States District Court
Northern District of California
Federal Building, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102



Re: Miniace v. Pacific Maritime Association
    Case No. C 04-03506 SI

Dear Judge Larson:

I represent cross-defendant Michael Corrigan.  You scheduled a settlement conference in this action after receiving Michael Baker's September 14, 2005 letter stating that "all parties agree to move the settlement conference" in this case to December 9.  Mr. Baker jumped the gun slightly.  I sent him an email at 12:17 on September 14 advising that Mr. Corrigan, could not attend on December 9, because he will be out of state.

Our office attempted to find another date for the conference, and we learned that your first available date is January 17, when one of the parties' attorneys is scheduled to be in trial.  That date is also later than the parties would want.


Cor (Jdge Larson re Dec. 9) 51007

*Certified Specialist Workers' Compensation by California State Bar, Board of Legal Specialization

Magistrate Judge James Larson
October 7, 2005
Page 2

      The parties wish to proceed with the conference on December 9.  Mr. Corrigan has agreed that he will attend by telephone communications with me, but I assume he will need your permission not to attend in person.  I ask for this permission so we can proceed on December 9.

      Please let me know if you have any questions.  Thank you for your consideration.

                              Very truly yours,

                              Peter Fortune

PF:bh
cc: William Orrick
     Michael Baker
     Susan Harriman