| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | SUSAN J. HARRIMAN - #111703 |
| 2 | MATTHEW M. WERDEGAR - #200470 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |
| 5 | Attorneys for Cross-Defendant |
| | Jeannette M. Coburn |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual, | Case No. C-04-03506 SI |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT; [Proposed] ORDER** |
| v. | |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | Dept: Courtroom 10, 19th Fl. |
| Defendant. | Judge: Hon. Susan Illston |
| | Trial Date: May 22, 2006, 8:30 a.m. |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| Counterclaimant and Cross-Claimant, | |
| v. | |
| JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, | |
| Counterdefendant and Cross Defendants. | |

360236.01

STIPULATION TO CONTINUE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C-04-03506 SI

1     Whereas Pacific Maritime Association ("PMA") filed a Partial Motion for Summary
2 Judgment against Joseph Miniace, and
3     Whereas Joseph Miniace has filed a Motion for Summary Judgment against PMA and
4 Maritech Corporation ("Maritech"), and
5     Whereas Jeannette Coburn has filed a Motion for Summary Judgment against PMA and
6 Maritech, and
7     Whereas these motions are all currently set for hearing on December 2, 2005, and
8     Whereas, in order to accommodate the travel schedule of Coburn's counsel, PMA,
9 Maritech, Miniace, and Coburn have agreed to a new hearing date of December 9, 2005, subject
10 to the Court's approval.
11     ///
12
13     ///
14
15     ///
16
17     ///
18
19     ///
20
21     ///
22
23     ///
24
25     ///
26
27     ///
28

1   Now therefore, it is hereby AGREED and STIPULATED that the hearing on the parties'
2 motions for summary judgment currently scheduled on December 2, 2005 shall be changed to
3 December 9, 2005. The briefing schedule shall stay the same.

4 Dated: October 14, 2005                                KEKER & VAN NEST, LLP

6
7                                                       By: /s/ Susan J. Harriman
                                                        SUSAN J. HARRIMAN
8                                                       Attorneys for Cross-Defendant
                                                        Jeannette M. Coburn

10  Dated: October 17, 2005                             HOWARD RICE NEMEROVSKI
                                                        CANADY FALK & RABKIN

13                                                      By: /s/ Patricia J. Medina
                                                        PATRICIA J. MEDINA
14                                                      Attorneys for Defendant, Counterclaimant,
                                                        and Cross-Claimant Pacific Maritime
                                                        Association
15
16  Dated: October 17, 2005                             COBLENTZ, PATCH, DUFFY & BASS,
                                                        LLP

19                                                      By: /s/ William H. Orrick
                                                        WILLIAM H. ORRICK, III
20                                                      Attorneys for Plaintiff and Cross-
                                                        Defendant Joseph N. Miniace

22  IT IS SO ORDERED.
23  Dated: October ___, 2005

24                                                      _____
                                                        UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Susan Illston

2
STIPULATION TO CONTINUE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C-04-03506 SI

360236.01