KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
MATTHEW M. WERDEGAR - #200470
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Cross-Defendant
Jeannette M. Coburn

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>    Defendant. | Case No. C-04-03506 SI<br><br>**CORRECTED STIPULATION TO EXTEND TIME TO FILE SUMMARY JUDGMENT REPLY MEMORANDA; [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston<br><br>Trial Date: May 22, 2006, 8:30 a.m. |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>    Counterclaimant and Cross-Claimant,<br><br>  v.<br><br>JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST,<br><br>    Counterdefendant and Cross Defendants. | |

1     Whereas Pacific Maritime Association ("PMA") has filed a Partial Motion for Summary
2 Judgment against Joseph Miniace, and
3     Whereas Joseph Miniace has filed a Motion for Summary Judgment against PMA and
4 Maritech Corporation ("Maritech"), and
5     Whereas Jeannette Coburn has filed a Motion for Summary Judgment against PMA and
6 Maritech, and
7     Whereas these motions are all currently set for hearing on December 9, 2005, and
8     Whereas, on Friday, November 4, 2005, the date on which Miniace and PMA were to
9 have filed their Opposition memoranda, the Court's electronic case filing system was not
10 functioning and, consequently, Miniace and PMA were unable to file their Opposition
11 Memoranda until Monday, November 7, 2005, and
12     Whereas, the parties now have one less court day (and three fewer calendar days) to
13 prepare their Reply memoranda than was anticipated when the parties stipulated to, and the
14 Court ordered, the present briefing schedule, and
15     Whereas, if the deadline for filing Reply memoranda is extended by one court day to
16 Monday, November 21, 2005, such memoranda still will be filed more than 14 days before the
17 December 9, 2005 hearing date on the Motions for Summary Judgment, as required by Local
18 Rule 7-3(c), and
19     Whereas, in light of the foregoing, PMA, Maritech, Miniace, and Coburn have agreed to
20 extend the deadline to file Reply memoranda to November 21, 2005, subject to the Court's
21 approval.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1

1  Now therefore, it is hereby AGREED and STIPULATED that the deadline to file Reply
2  memoranda in support of the pending Motions for Summary Judgment shall be extended to
3  November 21, 2005.

Dated: November 9, 2005                          KEKER & VAN NEST, LLP

By: _____/s/_____
MATTHEW M. WERDEGAR
Attorneys for Cross-Defendant
Jeannette M. Coburn

Dated: November 9, 2005                          HOWARD RICE NEMEROVSKI
                                                 CANADY FALK & RABKIN,
                                                 A Professional Corporation

By: _____/s/_____
PATRICIA J. MEDINA
Attorneys for Defendant, Counterclaimant,
and Cross-Claimant Pacific Maritime
Association and Cross-Claimant
Maritech Corporation

Dated: November 9, 2005                          COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____/s/_____
WILLIAM H. ORRICK, III
Attorneys for Plaintiff and Cross-
Defendant Joseph N. Miniace

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2005

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Susan Illston*

2

361919.01
362057.01

CORRECTED STIPULATION TO EXTEND TIME TO FILE SUMMARY JUDGMENT REPLY MEMORANDA
CASE NO. C-04-03506 SI