KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
MATTHEW M. WERDEGAR - #200470
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Cross-Defendant
Jeannette M. Coburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. C-04-03506 SI<br><br>**STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY; [PROPOSED] ORDER**<br><br>Judge:　　Hon. Susan Illston<br><br>Trial Date: May 22, 2006, 8:30 a.m. |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>　　　　　　　Counterclaimant and<br>　　　　　　　Cross-Claimant,<br><br>　v.<br><br>JOSEPH N. MINIACE, an individual;<br>JEANNETTE M. COBURN, an individual;<br>MICHAEL E. CORRIGAN, an individual;<br>BENMARK, INC., a Georgia corporation;<br>CORRIGAN & COMPANY; BENMARK WEST,<br><br>　　　　　　　Counterdefendant and<br>　　　　　　　Cross Defendants. | |

STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY
CASE NO. C-04-03506 SI

362894.02

1  Whereas, the hearing on Pacific Maritime Association's ("PMA"), Maritech
2  Corporation's ("Maritech"), Jeannette Coburn's, and Joseph Miniace's Motions for Summary
3  Judgment is scheduled for December 9, 2005;
4  Whereas, a settlement conference in this matter also is scheduled for December 9, 2005;
5  Whereas, trial in this matter is set for May 22, 2006;
6  Whereas, in light of these upcoming litigation events and the upcoming holidays, the
7  parties to this matter have met and conferred regarding an appropriate, mutually-agreeable
8  schedule for expert discovery; and
9  Whereas, PMA, Maritech, Miniace, Coburn, Michael Corrigan, Corrigan & Company,
10 Benmark West, and Benmark, Inc. have mutually agreed to extend the deadline for expert
11 disclosures under Federal Rule of Civil Procedure 26 to February 6, 2006, and to extend the
12 deadline for completing expert discovery to March 8, 2006, subject to the Court's approval.
13 Now therefore, it is hereby AGREED and STIPULATED that the deadline for expert
14 disclosures under Federal Rule of Civil Procedure 26 shall be extended to February 6, 2006, and
15 the deadline for completing expert discovery shall be extended to March 8, 2006.

Dated: November 30, 2005           KEKER & VAN NEST, LLP

                                   By:         /s/
                                      MATTHEW M. WERDEGAR
                                      Attorneys for Cross-Defendant
                                      Jeannette M. Coburn

Dated: November 30, 2005           HOWARD RICE NEMEROVSKI
                                   CANADY FALK & RABKIN,
                                   A Professional Corporation

                                   By:         /s/
                                      PATRICIA J. MEDINA
                                      Attorneys for Defendant, Counterclaimant,
                                      and Cross-Claimant Pacific Maritime
                                      Association and Cross-Claimant
                                      Maritech Corporation

362894.02

1
STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY
CASE NO. C-04-03506 SI

| | |
|---|---|
| Dated: November 30, 2005 | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| | By: ___/s/___<br>WILLIAM H. ORRICK, III<br>Attorneys for Plaintiff and Cross-Defendant Joseph N. Miniace |
| Dated: November 30, 2005 | FORTUNE, DREVLOW, O'SULLIVAN & HUDSON |
| | By: ___/s/___<br>PETER FORTUNE<br>Attorneys for Cross-Defendants Michael Corrigan, Protective Financial & Insurance Services, Inc. dba Corrigan & Company, and dba Benmark West |
| Dated: November 30, 2005 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| | By: ___/s/___<br>TED C. LINDQUIST, III<br>Attorneys for Cross-Defendant Benmark, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2005

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

GRANTED
Susan Illston
Judge Susan Illston

2
STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY
CASE NO. C-04-03506 SI

362894.02