1  MICHAEL J. BAKER (No. 56492)
   LINDA Q. FOY (No. 148764)
2  PATRICIA J. MEDINA (No. 201021)
   GLENN M. LEVY (No. 219029)
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone: 415/434-1600
6  Facsimile: 415/217-5910

7  Attorneys for Defendant, Counterclaimant and Cross-
   Claimant PACIFIC MARITIME ASSOCIATION and
8  Cross-Claimant MARITECH CORPORATION

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 JOSEPH N. MINIACE, an individual, | Complaint Filed: July 21, 2004 |
| 13         Plaintiff, | No. C-04-03506 SI |
| 14    v. | [PROPOSED] SEALING ORDER RE DOCUMENTS SUBMITTED IN SUPPORT OF JEANNETTE M. COBURN'S REPLY RE HER MOTION FOR SUMMARY JUDGMENT |
| 15 PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| 16         Defendant. | |
| 17 | |
| 18 PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and | |
| 19 MARITECH CORPORATION, a Nevada corporation, | |
| 20 | |
| 21         Counterclaimant and Cross-Claimants, | |
| 22    v. | |
| 23 JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; | |
| 24 MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; | |
| 25 CORRIGAN & COMPANY; BENMARK WEST, | |
| 26 | |
| 27         Counterdefendant and Cross-Defendants. | |
| 28 | |

[PROPOSED] ORDER RE SEALING OF <u>CONFID</u>. WERDEGAR DECL.   C-04-03506 SI

Pursuant to Northern District Civil Local Rule 79-5, on November 21, 2005, Cross-Defendant Jeannette M. Coburn ("Coburn") filed a Notice Of Motion And Motion For Administrative Relief Seeking And Order Sealing Documents For Filing In Relation To Coburn's Reply in Support Of Motion For Summary Judgment (the "Administrative Motion"). Also on November 21, 2005, Coburn submitted under seal (1) the <u>Confidential</u> Reply Declaration Of Matthew M. Werdegar In Support Of Coburn's Motion For Summary Judgment (the "<u>Confidential</u> Werdegar Declaration") and (2) the unredacted version of her Reply Memorandum In Support Of Motion For Summary Judgment (the "Reply Brief"). Attached to the <u>Confidential</u> Werdegar Declaration are two documents—Depositions Exhibits 119 and 120—that have previously been filed under seal pursuant to the Declaration Of Craig E. Epperson Re Sealing In Response To Jeannette M. Coburn's Motion For Administrative Relief In Opposition To Pacific Maritime Association's Motion For Preliminary Injunction, filed June 23, 2005 (the "Epperson Declaration"). *See* Docket Entry 117 [<u>Confidential</u> Declaration Of Stacey L. Wexler In Support Of Coburn's Opposition To PMA's Request For Preliminary Injunction] (filed under seal June 24, 2005 and attaching Deposition Exhibits 119 and 120).

Deposition Exhibits 119 and 120 have already been filed under seal in this matter, and, as stated in the Epperson Declaration, the materials submitted with the <u>Confidential</u> Werdegar Declaration contain private financial information concerning current and former PMA and Maritech employees, including information about the compensation paid or anticipated and other benefits provided to those employees, regarding which PMA has requested confidential treatment. As stated in the Administrative Motion, the Reply Brief refers to information contained in Deposition Exhibits 119 and 120, as well as other documents previously ordered sealed by the Court.

//
//
//
//
//
//

[PROPOSED] ORDER RE SEALING OF <u>CONFID</u>. WERDEGAR DECL.   C-04-03506 SI
-1-

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the <u>Confidential</u> Werdegar Declaration, all documents attached thereto, and the unredacted Reply Brief, which references confidential, private, and sensitive information, be filed under seal.

The Clerk of the Court shall maintain said declaration and exhibits in accordance with the provisions of Civil Local Rule 79-5(e).

**IT IS SO ORDERED.**

DATED: December ___, 2005.

