IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINIACE, <br><br> Plaintiff, <br> v. <br><br> PACIFIC MARITIME ASSOCIATION, <br><br> Defendant. <br>_____/ <br> PACIFIC MARITIME ASSOCIATION, <br> MARITECH CORPORATION, <br><br> Counterclaimant and <br> Cross-Claimants, <br> vs. <br><br> JOSEPH N. MINIACE; JEANNETTE COBURN; <br> MICHAEL E. CORRIGAN; <br> BENMARK, INC.; CORRIGAN & COMPANY; <br> and BENMARK WEST, <br><br> Counterdefendant and <br> Cross-Defendants. <br>_____/ | No. C 04-03506 SI <br><br> **ORDER GRANTING MICHAEL CORRIGAN'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION** |

Now before the Court is a motion by cross-defendant Michael Corrigan to extend the summary judgment deadline in this case.[1] The previous deadline for dispositive motions was September 23, 2005. Corrigan requests an extension until January 20, 2005, to file his summary judgment motion.

The Court GRANTS Corrigan's request. Based on this Court's tentative ruling at the July 8, 2005, oral argument on Corrigan's motion to dismiss, Corrigan believed most of PMA's claims against him would

---

[1] The parties brought this dispute before the Court through letter briefs dated November 16, 2005, November 30, 2005, and December 5, 2005. (Docket Nos. 208, 233, and 235)

be dismissed. On September 13, 2005, only ten days before the September 23, 2005, summary judgment deadline, Corrigan learned for the first time that many of PMA's claims would survive his motion. In addition, PMA amended its complaint on September 30, 2005, adding one cause of action against Corrigan and modifying another. Given the state of uncertainty resulting from these events, the Court believes Corrigan has demonstrated good cause for missing the September 23, 2005, deadline.

PMA argues that Corrigan's request should be denied because Corrigan was not diligent in his efforts to comply with the Court's scheduling order. The Court agrees that Corrigan was somewhat dilatory in his approach to the September 23, 2005, deadline. As soon as Corrigan learned that his motion to dismiss had been denied, he should have been more proactive about approaching the Court and opposing counsel to propose modifications to the scheduling order. Nevertheless, Corrigan first approached PMA about extending the deadline on November 2, 2005, only 33 days after PMA filed its amended complaint. The Court does not find this delay so excessive as to justify denying Corrigan's request.

## CONCLUSION

Corrigan's motion to extend the summary judgment deadline is GRANTED (Docket No. 208). Corrigan may file his summary judgment motion on or before January 20, 2005.

**IT IS SO ORDERED.**

Dated: December 23, 2005

SUSAN ILLSTON
United States District Judge

2