WILLIAM H. ORRICK, III (State Bar # 113252)
KATHERINE C. ZARATE (State Bar # 214922)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Plaintiff and Cross-Defendant
JOSEPH N. MINIACE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Defendant. | Case No. C-04-03506 SI<br><br>**STIPULATION OF DISMISSAL OF FOURTH CAUSE OF ACTION OF FIRST AMENDED COMPLAINT** |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Counterclaimant and Cross-Claimant,<br><br>vs.<br><br>JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST,<br><br>Counterdefendant and Cross-Defendants. | |

11729.001.361235v1

1

Case No. C-04-03506 SI

FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, VIOLATION OF LABOR CODE, PROMISSORY ESTOPPEL, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND PUNITIVE DAMAGES

In accordance with Federal Rule of Civil Procedure 41 (a) (1), by stipulation of counsel as shown below, Joseph Miniace dismisses with prejudice the fourth cause of action for breach of employment contract by failing to pay severance as alleged in Miniace's First Amended Complaint.

Dated: April 18, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
William H. Orrick, III
Attorneys for Plaintiff and Counter-Defendant
Joseph Miniace

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, LLP

By: _____
Michael J. Baker
Attorneys for Defendant Pacific Maritime Association

KEKER & VAN NEST, LLP

By: _____
Susan J. Harriman
Attorneys for Cross-Defendant Jeanette Coburn

FORTUNE, DREVLOW O'SULLIVAN, CIOTOLI & HUDSON

By: _____
Peter Fortune
Attorneys for Cross-Defendant Michal E. Corrigan

In accordance with Federal Rule of Civil Procedure 41 (a) (1), by stipulation of counsel as shown below, Joseph Miniace dismisses with prejudice the fourth cause of action for breach of employment contract by failing to pay severance as alleged in Miniace's First Amended Complaint.

Dated: April 18, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
William H. Orrick, III
Attorneys for Plaintiff and Counter-Defendant
Joseph Miniace

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, LLP

By: _____
Michael J. Baker
Attorneys for Defendant Pacific Maritime Association

KEKER & VAN NEST, LLP

By: _____
Susan J. Harriman
Attorneys for Cross-Defendant Jeanette Coburn

FORTUNE, DREVLOW O'SULLIVAN, CIOTOLI & HUDSON

By: _____
Peter Fortune
Attorneys for Cross-Defendant Michal E. Corrigan

11729.001.361235v1

2

Case No. C-04-03506 SI

FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, VIOLATION OF LABOR CODE, PROMISSORY ESTOPPEL, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND PUNITIVE DAMAGES

In accordance with Federal Rule of Civil Procedure 41 (a) (1), by stipulation of counsel as shown below, Joseph Miniace dismisses with prejudice the fourth cause of action for breach of employment contract by failing to pay severance as alleged in Miniace's First Amended Complaint.

Dated: April 17, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
William H. Orrick, III
Attorneys for Plaintiff and Counter-Defendant
Joseph Miniace

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, LLP

By: _____
Michael J. Baker
Attorneys for Defendant Pacific Maritime Association

KEKER & VAN NEST, LLP

By: /s/ Susan J. Harriman
Susan J. Harriman
Attorneys for Cross-Defendant Jeanette Coburn

FORTUNE, DREVLOW O'SULLIVAN, CIOTOLI & HUDSON

By: /s/
Peter Fortune
Attorneys for Cross-Defendant Michal E. Corrigan

2

Case No. C-04-03506 SI

FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, VIOLATION OF LABOR CODE, PROMISSORY ESTOPPEL, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND PUNITIVE DAMAGES

**ATTESTATION**

I attest that I have obtained concurrence in the filing of the attached document from each of the other signatories.

Dated: April 18, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
William H. Orrick, III
Attorneys for Plaintiff and Cross-Defendant
Joseph Miniace



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

Case No. C-04-03506 SI

FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, VIOLATION OF LABOR CODE, PROMISSORY ESTOPPEL, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND PUNITIVE DAMAGES