| | |
|---|---|
| 1 | MICHAEL J. BAKER (No. 56492) |
| | Email: mbaker@howardrice.com |
| 2 | LINDA Q. FOY (No. 148764) |
| | Email: lfoy@howardrice.com |
| 3 | CLARA J. SHIN (No. 214809) |
| | Email: cshin@howardrice.com |
| 4 | MICHAEL L. GALLO (No. 220552) |
| | Email: mgallo@howardrice.com |
| 5 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| | A Professional Corporation |
| 6 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| 7 | Telephone:   415/434-1600 |
| | Facsimile:    415/217-5910 |
| 8 | |
| 9 | Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | JOSEPH N. MINIACE, an individual, | No. C 04-03506 SI |
| 14 | Plaintiff, | Action Filed: July 21, 2004 |
| 15 | v. | DECLARATION OF CLARA J. SHIN IN SUPPORT OF PACIFIC MARITIME ASSOCIATION AND MARITECH'S MOTION IN LIMINE NO. 7 TO EXCLUDE TESTIMONY AND EXPERT REPORTS OF BRUNO FALVO |
| 16 | PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| 17 | | |
| 18 | Defendant. | |
| 19 | PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation | Date:    May 9, 2006<br>Time:    3:30 p.m.<br>Dep't:   10, 19th Floor<br>Judge:   Honorable Susan Illston |
| 20 | | |
| 21 | | Trial Date:   May 22, 2006 |
| 22 | Counterclaimant and Cross-Claimants, | |
| 23 | v. | |
| 24 | JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, | |
| 25 | | |
| 26 | | |
| 27 | Counterdefendant and Cross-Defendants. | |
| 28 | | |

SHIN DECL. ISO PMA'S MIL #7    C 04-03506 SI

I, Clara J. Shin, declare as follows:

1.  I am an attorney admitted to practice before the Bar of the State of California and the United States District Court Northern District of California. I am a director with the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, counsel to Defendant and Counterclaimant Pacific Maritime Association ("PMA") and Cross-Claimant Maritech Corporation ("Maritech") in this action. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2.  This Declaration is submitted in support of PMA's and Maritech's Motion *In Limine* No. 7 To Exclude Testimony And Expert Reports Of Bruno Falvo.

3.  Attached hereto as Exhibit A is a true and correct copy of Bruno P. Falvo's Review and Report, with a signature date of February 16, 2006.

4.  Attached hereto as Exhibit B is a true and correct copy of Bruno P. Falvo's Review & Report Addition in Response to the Report of Mr. Wimmer, with a signature date of March 14, 2006.

5.  Attached hereto as Exhibit C is a true and correct copy of excerpts of Bruno Falvo's deposition transcript testimony taken in this matter. The deposition was taken in San Francisco on April 5, 2006.

6.  Attached hereto as Exhibit D is a true and correct copy of a letter dated March 9, 2006 from Peter Fortune to Michael Baker and Patricia Medina transmitting "copies of the appellate opinions containing the principles of law on which Mr. Falvo's opinion is based in part", and relevant portions of those appellate opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 25th day of April 2006 at San Francisco, California.

/s/
Clara J. Shin