MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
LINDA Q. FOY (No. 148764)
Email: lfoy@howardrice.com
CLARA J. SHIN (No. 214809)
Email: cshin@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendant, Counterclaimant and Cross-Claimant
PACIFIC MARITIME ASSOCIATION and Cross-Claimant
MARITECH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Defendant. | No. C 04-03506 SI<br><br>Action Filed: July 21, 2004<br><br>[PROPOSED] SEALING ORDER IN SUPPORT OF PACIFIC MARITIME ASSOCIATION AND MARITECH'S MOTIONS IN LIMINE NOS. 1-6<br><br>Date: May 9, 2006<br>Time: 3:30 p.m.<br>Dep't: 10, 19th Floor<br>Judge: Honorable Susan Illston<br><br>Trial Date: May 22, 2006 |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation<br><br>Counterclaimant and Cross-Claimants,<br><br>v.<br><br>JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST,<br><br>Counterdefendant and Cross-Defendants. | |

[PROPOSED] SEALING ORDER ISO PMA'S MILS #1-6          C 04-03506 SI

Pursuant to Northern District Civil Local Rule 79-5, Counterclaimant and Cross-Claimant Pacific Maritime Association ("PMA") and Cross-Claimant Maritech Corporation ("Maritech") filed on April 25, 2006 their Notice Of Motion And Motion For Administrative Relief Seeking An Order Sealing Documents Designated Confidential For Filing In Relation To PMA's Motions in Limine Nos. 1-6 ("Administrative Motion"). Also on April 25, 2006, PMA submitted under seal the Confidential Declaration Of Michael Gallo In Support Of PMA and Maritech's Motions in Limine Nos. 1-6 ("Confidential Gallo Declaration"). Attached to the Confidential Gallo Declaration are documents and portions of deposition transcripts regarding which the parties have requested confidential treatment pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on February 2, 2005.

In support of their Administrative Motion, PMA and Maritech submitted on April 25, 2006 the Declaration Of Michael L. Gallo Re Sealing In Support Of The Administrative Motion, which states that the materials submitted with the Confidential Gallo Declaration contain highly confidential and sensitive business information about PMA's and Maritech's internal operations and financial affairs. PMA and Maritech have requested that these documents be filed under seal due to the sensitive and/or private nature of the information.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the Confidential Gallo Declaration and all documents attached thereto be filed under seal.

The Clerk of the Court shall maintain said declarations and exhibits in accordance with the provisions of Civil Local Rule 79-5(e).

**IT IS SO ORDERED.**

DATED: _____, 2006.

_____
SUSAN ILLSTON
United States District Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*