KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
MATTHEW M. WERDEGAR - #200470
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Cross-Defendant
Jeannette M. Coburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>         Plaintiff,<br><br> v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>         Defendant. | Case No. C-04-03506 SI<br><br>**[PROPOSED] ORDER GRANTING ACCESS TO COURTROOM**<br><br>Judge: Hon. Susan Illston<br>     Courtroom 10, 19th Floor<br><br>Trial Date: May 22, 2006, 8:30 a.m. |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>         Counterclaimant and<br>         Cross-Claimant,<br><br> v.<br><br>JOSEPH N. MINIACE, an individual;<br>JEANNETTE M. COBURN, an individual;<br>MICHAEL E. CORRIGAN, an individual;<br>BENMARK, INC., a Georgia corporation;<br>CORRIGAN & COMPANY; BENMARK WEST,<br><br>         Counterdefendant and<br>         Cross Defendants. | |

1    IT IS HEREBY ORDERED that, beginning on May 18, 2006, counsel for cross-defendant Jeannette Coburn and its technical assistants shall be permitted to bring electronic equipment, exhibits, and demonstrative objects into the courtroom of the Honorable Susan Illston, located at 450 Golden Gate Avenue, San Francisco, California, Room 10.

   This permission shall extend to Susan Harriman, Esq., and Matthew Werdegar, Esq., from the firm of Keker & Van Nest, LLP and their employees and agents.

   Except as otherwise ordered by the Court, these persons shall be allowed access as ordered herein until the hearing in this matter is completed.

IT IS SO ORDERED.

Dated: May ___, 2006

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

373184.01

1
[PROPOSED] ORDER GRANTING COURTROOM ACCESS
CASE NO. C-04-03506 SI