MICHAEL J. BAKER (No. 56492)
LINDA Q. FOY (No. 148764)
CLARA J. SHIN (No. 214809)
MICHAEL L. GALLO (No. 220552)
HOWARD RICE NEMEROVSKI CANADY FALK &
    RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910
Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION

TED C. LINDQUIST, III, ESQ. (No. 178523)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
   A Limited Liability Partnership,
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415/434-9100
Facsimile: 415/434-3947
Attorneys for Cross-Defendant BENMARK, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>　　　　　　Defendant. | No. C 04-03506 SI<br><br>Action Filed: July 21, 2004<br><br>STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation<br><br>　　　　　　Counterclaimant and<br>　　　　　　Cross-Claimants,<br><br>　v.<br><br>JOSEPH N. MINIACE, an individual;<br>JEANNETTE M. COBURN, an individual;<br>MICHAEL E. CORRIGAN, an individual;<br>BENMARK, INC., a Georgia corporation;<br>CORRIGAN & COMPANY; BENMARK WEST,<br><br>　　　　　　Counterdefendant and<br>　　　　　　Cross-Defendants. | |

STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
-1-

It is hereby stipulated by and between Defendant and Cross-Claimant Pacific Maritime Association and Cross-Defendant Benmark, Inc., a Georgia corporation, through their designated counsel of record, that Pacific Maritime Association's cross-claims against Benmark, Inc. in the above-entitled action be and hereby are dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41, and that each party shall bear its own costs and attorneys' fees. The parties respectfully request that the Court enter an Order to that effect.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation For Voluntary Dismissal With Prejudice with them and have the authority to bind their respective clients.

DATED: August 2, 2006.

By _____
MICHAEL L. GALLO

Attorneys for Defendant and Cross-Claimant Pacific Maritime Association

DATED: August 4, 2006.

By _____
TED. C. LINDQUIST

Attorneys for Cross-Defendant Benmark West, Inc.

**IT IS SO ORDERED.**

DATED: _____, 2006.

_____
SUSAN ILLSTON
United States District Judge

STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
-1-