WILLIAM H. ORRICK, III (State Bar No. 113252)
KATHERINE C. ZARATE (State Bar No. 214922)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-who@cpdb.com,
        ef-kcz@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
JOSEPH N. MINIACE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>　　　　Defendant. | Case No. C-04-03506 SI<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>　　　　Counterclaimant and<br>　　　　Cross-Complainant,<br><br>　　v.<br><br>JOSEPH N. MINIACE, an individual;<br>JEANNETTE M. COBURN, an individual;<br>MICHAEL E. CORRIGAN, an individual;<br>BENMARK, INC., a Georgia corporation;<br>CORRIGAN & COMPANY; BENMARK WEST,<br><br>　　　　Counterdefendant and<br>　　　　Cross-Defendants. | |

The parties in the above-referenced matter, by and through their counsel of record,

stipulate and agree to continue the Case Management Conference now scheduled for Friday,

11729.001.589747v1

Case No. C-04-03506 SI

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200 · San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

1    May 4, 2007 at 2:30 p.m., until Friday, May 25, 2007 at 2:30 p.m.  They will file a Joint Case

2    Management Conference Statement one week prior to the conference.

3    Dated:  April 10, 2007                          COBLENTZ, PATCH, DUFFY & BASS, LLP

4

5

6                                                  By:   /s/ William H. Orrick, III

7                                                        William H. Orrick, III

8                                                        Attorneys for Plaintiff and Counter-Defendant
                                                        Joseph Miniace

9                                                  HOWARD RICE NEMEROVSKI CANADY
                                                  FALK & RABKIN, LLP

10

11                                                 By:   /s/ Michael J. Baker

12                                                       Michael J. Baker

13                                                       Attorneys for Defendant Pacific Maritime
                                                        Association

14

15                                                 KEKER & VAN NEST, LLP

16

17                                                 By:   /s/ Susan J. Harriman

18                                                       Susan J. Harriman

19                                                       Attorneys for Cross-Defendant Jeanette
                                                        Coburn

20                                                 FORTUNE, DREVLOW, O'SULLIVAN &
                                                  HUDSON

21

22

23                                                 By:   /s/ Peter Fortune

24                                                       Peter Fortune

25                                                       Attorneys for Cross-Defendant Michal E.
                                                        Corrigan

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Stipulation, IT IS SO ORDERED

*Susan Illston*

UNITED STATES DISTRICT JUDGE

Dated: _____, 2007

## **ATTESTATION**

I attest that I have obtained concurrence in the filing of the attached document from each of the other signatories.

Dated: April 10, 2007

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/ William H. Orrick, III
     William H. Orrick, III
     Attorneys for Plaintiff and Cross-Defendant
     Joseph Miniace

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663