WILLIAM H. ORRICK, III (State Bar No. 113252)
KATHERINE C. ZARATE (State Bar No. 214922)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-who@cpdb.com,
ef-kcz@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
JOSEPH N. MINIACE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Defendant. | Case No. C-04-03506 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND CAUSES OF ACTION BETWEEN MINIACE, PACIFIC MARITIME ASSOCIATION AND MARITECH CORPORATION/PROPOSED ORDER** |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Counterclaimant and<br>Cross-Complainant,<br><br>v.<br><br>JOSEPH N. MINIACE, an individual;<br>JEANNETTE M. COBURN, an individual;<br>MICHAEL E. CORRIGAN, an individual;<br>BENMARK, INC., a Georgia corporation;<br>CORRIGAN & COMPANY; BENMARK WEST,<br><br>Counterdefendant and<br>Cross-Defendants. | |

Now come plaintiff and cross-defendant Joseph Miniace ("Miniace"), defendant and

cross-claimant Pacific Maritime Association ("PMA") and cross-claimant Maritech Corporation ("Maritech") by and through their attorneys of record, to stipulate and agree to the dismissal with prejudice of all claims and causes of action between them. These include the entire Complaint filed by Miniace, as amended, and, as against Miniace only, the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Twenty First, Twenty Second, Twenty Fourth, Twenty Fifth, Twenty Sixth and Thirtieth Claims for Relief in the Counterclaims and Cross-Claims, as amended, filed by PMA and Maritech. Each party shall bear its own fees and costs. This stipulation does not affect any claims asserted by PMA or Maritech against any party other than Miniace.

SO STIPULATED.

DATED: June 30, 2007

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
William H. Orrick, III
Attorneys for Plaintiff and Cross-Defendant
JOSEPH N. MINIACE

DATED: June 28, 2007

HOWARD, RICE, NEMOROVSKI CANADY
FALK & RABKIN, LLP

By: _____
Michael J. Baker
Attorneys for Defendant and Cross-Claimants
PACIFIC MARITIME ASSOCIATION AND
MARITECH CORPORATION

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

11729.001.634693v1     2     Case No. C-04-03506 SI

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND CAUSES OF ACTION BETWEEN MINIACE, PACIFIC MARITIME ASSOCIATION AND MARITECH CORPORATION/PROPOSED ORDER**