Peter Fortune   SBN 47825
Norman LaForce   SBN: 102772
Fortune, Drevlow, O'Sullivan & Hudson
560 Mission Street, Suite 2100
San Francisco, CA  94105
Telephone: 415-227-2300
Facsimile: 415-227-2360

Attorneys for Cross-Defendant
Michael E. Corrigan and Cross-Defendant
Protective Financial and Insurance Services, Inc.
dba Corrigan & Company and
dba Benmark West

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual, | Case No.: C-04-03506 SI |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| Defendant. | |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| Counterclaimant and Cross-Claimant, | |
| vs. | |
| JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, | |
| Counterdefendant and Cross-Defendants | |

1

1  It is hereby stipulated and agreed to by the parties in this action that the case
2  management conference currently set for July 27, 2007 at 2:30 p.m. is continued to August 10,
3  2007 at 2:30 p.m. They will file a Joint Case Management Conference Statement one week
4  prior to the conference.

6  DATED: 7/07/07

Fortune, Drevlow, O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Cross-Defendant Michael E.
Corrigan and Cross-Defendant Protective
Financial and Insurance Services, Inc. dba
Corrigan & Company and dba Benmark
West

14  DATED:

Howard Rice, Howard Rice Nemerovski
Canady Falk & Rabkin

_____
Michael Baker
Attorney for Plaintiff
Joseph N. Miniace

20  DATED:

Keker & Van Nest, LLP

_____
Susan Harriman
Attorney for Defendant
Jeanette Coburn

25  Pursuant to Stipulation, IT IS SO ORDERED.

26  DATED:

_____
Honorable Susan Illston
Judge of the U.S. District Court

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    C-04-03506 SI

1  2007 at 2:30 p.m. They will file a Joint Case Management Conference Statement one week
2  prior to the conference

4  DATED: 7/18/07

    Fortune, Drevlow, O'Sullivan & Hudson

6  By: /s/ Norman La Force
7  Norman La Force
    Attorney for Cross-Defendant Michael E.
8  Corrigan and Cross-Defendant Protective
    Financial and Insurance Services, Inc. dba
9  Corrigan & Company and dba Benmark
10 West

12 DATED: 7/18/07

    Howard Rice, Howard Rice Nemerovski
    Canady Falk & Rabkin

14 /s/ Michael Baker
    Michael Baker
15 Attorney for Defendant, Counterclaimant
    and Cross-Claimant
16 Pacific Maritime Association

18 DATED:

    Keker & Van Nest, LLP

20 _____
    Susan Harriman
21 Attorney for Defendant
    Jeanette Coburn

23 
24     Pursuant to Stipulation, IT IS SO ORDERED

25 DATED: 7/24/07

    /s/ Susan Illston
26 Honorable Susan Illston
    Judge of the U.S. District Court

| | |
|---|---|
| 1  2007 at 2:30 p.m. They will file a Joint Case Management Conference Statement one week | |
| 2  prior to the conference. | |
| 3 | |
| 4  DATED: 7/18/07 | Fortune, Drevlow, O'Sullivan & Hudson |
| 5 | |
| 6 | By: /s/ Norman La Force |
| 7 | Norman La Force |
| 8 | Attorney for Cross-Defendant Michael E. Corrigan and Cross-Defendant Protective Financial and Insurance Services, Inc. dba Corrigan & Company and dba Benmark West |
| 11 | |
| 12  DATED: | Howard Rice, Howard Rice Nemerovski Canady Falk & Rabkin |
| 13 | |
| 14 | _____ |
| 15 | Michael Baker Attorney for Defendant, Counterclaimant and Cross-Claimant Pacific Maritime Association |
| 18  DATED: July 18, 2007 | Keker & Van Nest, LLP |
| 19 | |
| 20 | /s/ Susan Harriman |
| 21 | Susan Harriman Attorney for Defendant Jeanette Coburn |

Pursuant to Stipulation, IT IS SO ORDERED.

DATED:

_____
Honorable Susan Illston
Judge of the U.S. District Court