IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINIACE, | No. C 04-03506 SI |
| Plaintiff, | **SECOND** |
| | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PACIFIC MARITIME ASSO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTIONS HEARING RESERVED: November 16, 2007 @ 9:00 a.m.;

PRETRIAL CONFERENCE DATE: January 8, 2008 at 3:30 PM.

JURY TRIAL DATE: January 22, 2008 at 8:30 AM.,
        Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California