MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
LINDA Q. FOY (No. 148764)
Email: lfoy@howardrice.com
CLARA J. SHIN (No. 214809)
Email: cshin@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendant, Counterclaimant and Cross-Claimant
PACIFIC MARITIME ASSOCIATION and Cross-Claimant
MARITECH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Defendant. | No. C 04-03506 SI<br><br>Action Filed: July 21, 2004<br><br>STIPULATION AND STIPULATED REQUEST FOR ORDER TO CONTINUE TRIAL DATE, PRETRIAL CONFERENCE DATE AND DATE FOR HEARING ON CORRIGAN PARTIES' MOTION RE THE COURT'S MARCH 30, 2007 FINDINGS OF FACT AND CONCLUSIONS OF LAW<br><br>Judge:    Honorable Susan Illston<br><br>Trial Date:    January 22, 2008 |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation<br><br>Counterclaimant and Cross-Claimants,<br><br>v.<br><br>JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST,<br><br>Counterdefendant and Cross-Defendants. | |

Pacific Maritime Association ("PMA") and Michael E. Corrigan and Protective Financial and Insurance Services, Inc., doing business as Corrigan & Company and Benmark West (the "Corrigan Parties"), through their respective counsel, hereby stipulate to continue the trial in the above-referenced matter from January 22, 2008 to March 18, 2008 or a later date more convenient for the Court; to change the date of the pre-trial conference from January 8, 2008 to March 4, 2008 or a later date more convenient for the Court; to change the date for the hearing on The Corrigan Parties' Motion Re: The Court's March 30, 2007 Findings Of Fact And Conclusions Of Law ("Corrigan Motion") from November 16, 2007 to December 21, 2007, or a later date more convenient for the Court.

The reasons for this Stipulation and request that the Court enter an Order in accordance therewith are as follows:

1. PMA and the Corrigan Parties have agreed to participate in a mediation with former Magistrate Judge Hon. Edward A. Infante. Allowing for the schedules of the mediator, party representatives, carrier representatives, and counsel, the first date available for the mediation is December 5, 2007.

2. PMA and the Corrigan Parties believe that the chances for a successful mediation will be improved if they can prepare for and conduct the December 5, 2007, mediation session, and additional sessions as necessary, without simultaneously devoting resources to trial preparation.

3. The trial of PMA's claims against the Corrigan Parties is currently scheduled for January 22, 2008, and the pre-trial conference is currently scheduled for January 8, 2008. As a result of this schedule, the parties are currently required to meet and confer and to perform a number of tasks—such as designating exhibits, drafting and filing motions in limine, jury instructions and a joint a pre-trial statement—in December 2007. The parties would like to defer the expense of those activities until it is determined if the mediation will make the effort unnecessary. The parties believe that a two-month continuation of the pre-trial conference date and the trial date will allow them sufficient time.

4. The parties also request that the hearing on the Corrigan Motion be postponed until after

the parties' mediation session with Judge Infante, and have agreed on a December 21, 2007, hearing date if that is convenient for the Court.

Accordingly, PMA and the Corrigan Parties respectfully request that the Court enter an Order in accordance with their foregoing stipulation.

DATED: October 24, 2007             HOWARD RICE NEMEROVSKI CANADY FALK &
                                    RABKIN

                                    By:     /s/
                                         Michael J. Baker
                                         Attorneys for PACIFIC MARITIME
                                         ASSOCIATION and MARITECH
                                         CORPORATION

DATED: October 24, 2007             FORTUNE, DREVLOW, O'SULLIVAN & HUDSON

                                    By:     /s/
                                         Peter Fortune
                                         Attorneys for MICHAEL E. CORRIGAN and
                                         PROTECTIVE FINANCIAL AND
                                         INSURANCE SERVICES, INC., doing business
                                         as CORRIGAN & COMPANY and BENMARK
                                         WEST

PURSUANT TO THE STIPULATION OF COUNSEL, IT IS ORDERED AS FOLLOWS:

1. The trial in the above-referenced matter is continued from January 22, 2008 to March 17 18, 2008;

2. The pre-trial conference is continued from January 8, 2008 to March 4, 2008;

3. The hearing on The Corrigan Parties' Motion Re: The Court's March 30, 2007 Findings Of Fact And Conclusions Of Law is continued from November 16, 2007 to December 21, 2007.

Dated:   October 29, 2007

_____
UNITED STATES DISTRICT JUDGE