| | |
|---|---|
| 1 | MICHAEL J. BAKER (No. 56492) |
|   | Email: mbaker@howardrice.com |
| 2 | LINDA Q. FOY (No. 148764) |
|   | Email: lfoy@howardrice.com |
| 3 | CLARA J. SHIN (No. 214809) |
|   | Email: cshin@howardrice.com |
| 4 | MICHAEL L. GALLO (No. 220552) |
|   | Email: mgallo@howardrice.com |
| 5 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
|   | A Professional Corporation |
| 6 | Three Embarcadero Center, 7th Floor |
|   | San Francisco, California 94111-4024 |
| 7 | Telephone:     415/434-1600 |
|   | Facsimile:      415/217-5910 |
| 8 | |
| 9 | Attorneys for Defendant, Counterclaimant and Cross-Claimant PACIFIC MARITIME ASSOCIATION and Cross-Claimant MARITECH CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual, | No. C 04-03506 SI |
| Plaintiff, | Action Filed: July 21, 2004 |
| v. | STIPULATION AND STIPULATED REQUEST FOR ORDER TO CONTINUE DATE FOR HEARING ON CORRIGAN PARTIES' MOTION RE THE COURT'S MARCH 30, 2007 FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| Defendant. | |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation | Judge:     Honorable Susan Illston |
| | Trial Date:     March 18, 2008 |
| Counterclaimant and Cross-Claimants, | |
| v. | |
| JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, | |
| Counterdefendant and Cross-Defendants. | |

Pacific Maritime Association and Maritech Corporation (collectively "PMA") and Michael E. Corrigan and Protective Financial and Insurance Services, Inc., doing business as Corrigan & Company and Benmark West (the "Corrigan Parties"), through their respective counsel, hereby stipulate to continue the date for the hearing on The Corrigan Parties' Motion Re: The Court's March 30, 2007 Findings Of Fact And Conclusions Of Law ("Corrigan Motion") from December 21, 2007, to January 25, 2008, or a later date more convenient for the Court.

The reasons for this Stipulation and request that the Court enter an Order in accordance therewith are as follows:

1. PMA and the Corrigan Parties agreed to the financial terms of a settlement of PMA's claims against the Corrigan Parties in a mediation before former Magistrate Judge Hon. Edward A. Infante on December 5, 2007. However, the parties are still discussing the contents of the release. If the parties cannot reach agreement as to the contents of the release, pursuant to their stipulation for a settlement they will submit their dispute to Judge Infante for final resolution. The parties expect a resolution of their outstanding issues within the next two weeks.

2. The hearing on the Corrigan Motion is currently scheduled for December 21, 2007. Once the settlement is completed and a Stipulation for Dismissal filed with the Court, the Corrigan Motion will become moot.

Accordingly, PMA and the Corrigan Parties respectfully request that the Court enter an Order in accordance with their foregoing stipulation.

DATED: December 12, 2007        HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

By:     /s/
        Michael J. Baker
        Attorneys for PACIFIC MARITIME
        ASSOCIATION and MARITECH
        CORPORATION

1  DATED: December 12, 2007          FORTUNE, DREVLOW, O'SULLIVAN & HUDSON

3                                       By:    /s/
4                                           Peter Fortune
                                            Attorneys for MICHAEL E. CORRIGAN and
                                            PROTECTIVE FINANCIAL AND
5                                           INSURANCE SERVICES, INC., doing business
                                            as CORRIGAN & COMPANY and BENMARK
6                                           WEST

8      PURSUANT TO THE STIPULATION OF COUNSEL, IT IS ORDERED AS FOLLOWS:

9      1.   The hearing on The Corrigan Parties' Motion Re: The Court's March 30, 2007 Findings

10  Of Fact And Conclusions Of Law is continued from December 21, 2007 to January 25, 2008.

11  Dated:  December ___, 2007

12                                          _____
                                            UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE HEARING DATE
-2-                                                                                       C-04-03506