MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
CLARA J. SHIN (No. 214809)
Email: cshin@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendant, Counterclaimant and Cross-Claimant
PACIFIC MARITIME ASSOCIATION and Cross-Claimant
MARITECH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation,<br><br>Defendant. | No. C 04-03506 SI<br><br>Action Filed: July 21, 2004<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY CROSS-CLAIMANTS PACIFIC MARITIME ASSOCIATION AND MARITECH CORPORATION AGAINST CROSS-DEFENDANT MICHAEL E. CORRIGAN AND CROSS-DEFENDANT PROTECTIVE FINANCIAL AND INSURANCE SERVICES, dba CORRIGAN & COMPANY AND dba BENMARK WEST; AND ORDER<br><br>Judge:    Honorable Susan Illston<br><br>Trial Date:    March 18, 2008 |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, and MARITECH CORPORATION, a Nevada corporation<br><br>Counterclaimant and Cross-Claimants,<br><br>v.<br><br>JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST,<br><br>Counterdefendant and Cross-Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and a confidential settlement agreement, Cross-Complainants Pacific Maritime Association and Maritech Corporation, through their counsel, hereby dismiss with prejudice their claims in this action against Cross-Defendant Michael E. Corrigan and Cross-Defendant Protective Financial and Insurance Services, Inc., doing business as Corrigan & Company and doing business as Benmark West (collectively, "the Corrigan Parties"). In particular, the dismissed claims are the 12th, 13th, 14th, 15th, 16th, 17th, 18th and 19th Claims for Relief set forth in the Cross-Complaint on file herein, as amended. Through their counsel, the Corrigan Parties hereby stipulate to the dismissal with prejudice. This stipulation does not affect any claims asserted by Pacific Maritime Association and/or Maritech Corporation against any party to this action other than the Corrigan Parties.

DATED: January 24, 2008

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

By: /s/
Michael J. Baker
Attorneys for PACIFIC MARITIME ASSOCIATION and MARITECH CORPORATION

DATED: January 24, 2008

FORTUNE, O'SULLIVAN & HUDSON

By: /s/
Peter Fortune
Attorneys for MICHAEL E. CORRIGAN and PROTECTIVE FINANCIAL AND INSURANCE SERVICES, INC., doing business as CORRIGAN & COMPANY and doing business as BENMARK WEST

PURSUANT TO THE STIPULATION OF COUNSEL, IT IS SO ORDERED:

DATED: _____, 2008

_____
UNITED STATES DISTRICT JUDGE