```
 1  KEKER & VAN NEST, LLP
    SUSAN J. HARRIMAN - #111703
 2  MATTHEW M. WERDEGAR - #200470
    710 Sansome Street
 3  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 4  Facsimile:  (415) 397-7188
    sharriman@kvn.com
 5  mwerdegar@kvn.com

 6  Attorneys for Cross-Defendant
    Jeannette M. Coburn
 7
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH N. MINIACE, an individual, | Case No. C-04-03506 SI |
| Plaintiff, | [PROPOSED] JUDGMENT IN A CIVIL CASE |
| v. | |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation, | |
| Defendant. | |
| PACIFIC MARITIME ASSOCIATION, a California non-profit corporation; MARITECH CORPORATION, a Nevada corporation, | |
| Counterclaimant and Cross-Claimants, | |
| v. | |
| JOSEPH N. MINIACE, an individual; JEANNETTE M. COBURN, an individual; MICHAEL E. CORRIGAN, an individual; BENMARK, INC., a Georgia corporation; CORRIGAN & COMPANY; BENMARK WEST, | |
| Counterdefendant and Cross Defendants. | |

This action came to trial before the Court on May 22-25 and 30-31, and June 1 and 5-6, 2006. The issues have all been tried or heard and a decision as to each has been rendered.

Accordingly, **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Orders filed February 23, 2006 [Document 286] and May 17, 2006 [Document 397], and the Court's Findings of Fact and Conclusions of Law filed March 30, 2007 [Document 444], judgment is entered in favor of Cross-Defendant Jeannette M. Coburn and against Cross-Claimants Pacific Maritime Association and Maritech Corporation.

Dated: February ___, 2008

~~Richard W. Wieking, Clerk~~

By: _/s/ Susan Illston_____
~~Deputy Clerk~~

United States District Judge Susan Illston